UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HENRY L. ANDERSON, JR., ) | |
| Debtor, ) | |
| _____) | |
| STUBBS & PERDUE, P.A., ) | |
| Appellant, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 7:14-CV-79-F** |
| ) | |
| JAMES B. ANGELL, Chapter 7 Trustee, and ) | |
| UNITED STATES OF AMERICA, ) | |
| Appellees. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the the February 14, 2014 order of the Bankruptcy Court in Adversary Proceeding No. 10-00809-8-RDD, granting the Trustee's Motion in Aid of Distribution, is hereby AFFIRMED.

**This Judgment Filed and Entered on February 26, 2015, and Copies To:**

Trawick H. Stubbs, Jr. (via CM/ECF Notice of Electronic Filing)
James B. Angell (via CM/ECF Notice of Electronic Filing)
Nicholas C. Brown (via CM/ECF Notice of Electronic Filing)
Joseph Z. Frost (via CM/ECF Notice of Electronic Filing)
Nathan L. Strup (via CM/ECF Notice of Electronic Filing)


DATE                                         JULIE RICHARDS JOHNSTON, CLERK
February 26, 2015                             /s/ Susan K. Edwards
                                             (By) Susan K. Edwards, Deputy Clerk